# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>             Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV-F-04-6624 AWI SMS P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING CERTAIN CLAIMS<br><br>(Docs. 4 and 8)<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE IN AMENDED COMPLAINT |

Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 5, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 5, 2005, is adopted in full;

1

2. Defendant's motion to dismiss, filed January 4, 2005, is GRANTED as follows:

    a. Plaintiff's due process claim based on the handling of his inmate appeals is dismissed, with prejudice; and

    b. Plaintiff's claim based on defendant's failure to comply with the <u>Armstrong</u> remedial plan is dismissed, with prejudice;

3. The Clerk's Office shall file in plaintiff's amended complaint, lodged on May 2, 2005; and

4. Defendant is relieved of his obligation to respond to the amended complaint, pending screening of the complaint in due course by the Magistrate Judge.

IT IS SO ORDERED.

**Dated:    May 11, 2005**            /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE