# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>        Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-06624-AWI-SMS-P<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SERVICE BY THE MARSHAL<br><br>(Doc. 9) |

    Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12132 (Americans with Disabilities Act). On May 2, 2005, plaintiff filed a motion seeking an order directing the United States Marshal to serve defendant Dill with process.

    Pursuant to Federal Rule of Civil Procedure 4(c)(2), plaintiff's motion for service by the Marshal, in the event that service on additional defendants is necessary, is GRANTED. However, plaintiff's motion for service on defendant Dill at this time is DENIED. The court will direct the Marshal to serve only after it has determined that plaintiff's complaint contains cognizable claims for relief and service of the complaint is appropriate.

    Based on the foregoing, plaintiff's motion is GRANTED in part and DENIED in part.

IT IS SO ORDERED.

**Dated:  September 15, 2005**          **/s/ Sandra M. Snyder**
icido3                    UNITED STATES MAGISTRATE JUDGE