UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SY LEE CASTLE,                          1:04-cv-06624-AWI-SMS-P

              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                 RECOMMENDATIONS** (Doc. 15)

vs.
                                 **ORDER DISMISSING CERTAIN
A.K. SCRIBNER, et al.,           CLAIMS AND DEFENDANT**

              Defendants.
_____/

     Plaintiff Sy Lee Castle ("plaintiff"), a state prisoner
proceeding pro se, has filed this civil rights action seeking
relief under 42 U.S.C. § 1983.  The matter was referred to a
United States Magistrate Judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) and Local Rule 72-302.

     On November 10, 2005, the Magistrate Judge filed a Findings
and Recommendations herein which was served on the parties and
which contained notice to the parties that any objections to the
Findings and Recommendations were to be filed within thirty (30)
days.  To date, the parties have not filed objections to the
Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed November 10, 2005, is ADOPTED IN FULL;

2.   This action shall proceed on plaintiff's second amended complaint, filed October 21, 2005, against defendant Scribner for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment;

3.   Plaintiff's Eighth Amendment claim against defendant Dill is DISMISSED, with prejudice, for failure to state a claim upon which relief may be granted;

4.   Defendant Dill is DISMISSED from this action based on plaintiff's failure to state a claim against her;

5.   Plaintiff's claims for declaratory and injunctive relief are DISMISSED; and,

6.   Defendant Scribner file a response to plaintiff's second amended complaint within **thirty (30) days** from the date of service of this order.


IT IS SO ORDERED.

**Dated:    December 20, 2005**          _____ **/s/ Anthony W. Ishii**_____
0m8i78                                   UNITED STATES DISTRICT JUDGE