IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SY LEE CASTLE,**<br><br>                                     Plaintiff,<br><br>                    **v.**<br><br>**A. K. SCRIBNER, WARDEN,**<br><br>                                     Defendant. | 1:04-CV-06624 AWI SMS P<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES (Doc. 25)** |

The Court, having considered Defendant Scribner's request for an extension of time to serve responses to Plaintiff's first request for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**:  Defendant shall be granted an extension of time, to and including thirty days from the date of service this order in which to complete and serve responses to Plaintiff's first request for production of documents.

IT IS SO ORDERED.

Dated:     **April 10, 2006**                              **/s/ Sandra M. Snyder**
i0d3h8                                               UNITED STATES MAGISTRATE JUDGE