# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE, | CASE NO. 1:04-CV-06624-AWI-SMS-P |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO TAKE WRITTEN DEPOSITION, WITHOUT PREJUDICE |
| v. | |
| A. K. SCRIBNER, | (Doc. 27) |
| Defendant. | |

Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2006, plaintiff filed a motion seeking leave to depose Correctional Officer Dill by written question. Fed. R. Civ. P. 31(a)(2). Defendant filed an opposition on April 18, 2006.

Depositions by written question entail more than simply mailing the questions to the deponent and opposing counsel. Plaintiff *must* arrange for an officer to take responses and prepare the record. Fed. R. Civ. P. 31(a)(3), (b).

There is no automatic entitlement to discovery via deposition. If plaintiff wishes to avail himself of discovery via deposition, he must arrange for an officer to be present during the deposition. If plaintiff is able to bear the costs of the deposition, he may file another motion notifying the court and defendant's counsel of his ability to pay and the court will at that time take any necessary action to facilitate the deposition.

///

///

1

1 | Based on the foregoing, plaintiff's motion seeking leave to depose Correctional Officer Dill
2 | by written question, filed March 24, 2006, is HEREBY DENIED, without prejudice.

4 | IT IS SO ORDERED.

5 | **Dated:    May 8, 2006**                    /s/ Sandra M. Snyder
    icido3                                              UNITED STATES MAGISTRATE JUDGE