UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SY LEE CASTLE,                          1:04-cv-06624-AWI-SMS-P

            Plaintiff,        **ORDER ADOPTING FINDINGS AND
                              RECOMMENDATIONS** (Doc. 23)
vs.
                              **ORDER DENYING MOTION FOR
A.K. SCRIBNER,                PRELIMINARY INJUNCTIVE RELIEF**
                              (Docs. 21 & 22)
            Defendant.
_____/

        Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner

proceeding pro se, and has filed this civil rights action seeking

relief under 42 U.S.C. § 1983.  The matter was referred to a United

States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

Local Rule 72-302.

        On March 2, 2006, the Magistrate Judge filed a Findings and

Recommendations herein which was served on the parties and which

contained notice that any objections to the Findings and

Recommendations were to be filed within thirty days.  To date,the

parties have not filed objections to the Magistrate Judge's

Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed March 2, 2006, is ADOPTED IN FULL; and,

2.    Plaintiff's motion for preliminary injunctive relief, filed February 6, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:    May 29, 2006          _____/s/ Anthony W. Ishii_____**
0m8i78                            UNITED STATES DISTRICT JUDGE