# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>A. K. SCRIBNER,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:04-CV-06624-AWI-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AS MOOT IN LIGHT OF COURT'S ORDER FILED ON MAY 10, 2006<br><br>(Doc. 39)<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR A STAY AS DUPLICATIVE<br><br>(Doc. 44)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A STAY<br><br>(Doc. 42) |

　　　Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint, filed October 21, 2005, against defendant Scribner for acting with deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment. On May 11, 2006, plaintiff filed a motion seeking an extension of time to oppose defendant's motion for an extension of time. On May 22, 2006, plaintiff filed a motion seeking a stay, and on June 9, 2006, plaintiff filed another motion seeking a stay.

　　　Plaintiff's motion for an extension of time filed on May 11, 2006, is moot in light of the court's order filed on May 10, 2006, and shall be denied on that ground. Plaintiff's motion seeking

1

a stay filed on June 9, 2006, is duplicative of the motion seeking a stay filed on May 22, 2006, and shall be stricken from the record for that reason.

With respect to plaintiff motion for a stay filed on May 22, 2006, the court declines to grant a stay of this action based on plaintiff's vague, unsupported request. Plaintiff has not submitted any evidence that he is incapable of prosecuting this action. If defendant files a motion or the court issues an order requiring plaintiff to take some action, plaintiff may seek an extension of time to respond to that specific motion or order, and if plaintiff needs an extension of a deadline set by the court in a scheduling order, plaintiff may seek an extension. However, the court will not issue a stay of the entire action based on plaintiff's request. Accepting as true plaintiff's attestation that he is suffering from medical problems and is in the infirmary, plaintiff has set forth no specific evidence concerning his medical condition or demonstrated he is unable to prosecute this action.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion seeking an extension of time to oppose defendant's motion for an extension of time, filed on May 11, 2006, is DENIED as moot in light of the court's order of May 10, 2006;

2. Plaintiff's motion seeking a stay, filed on June 9, 2006, is STRICKEN as duplicative of plaintiff's motion filed on May 22, 2006; and

3. Plaintiff's motion seeking a stay, filed on May 22, 2006, is DENIED.

IT IS SO ORDERED.

**Dated:   June 30, 2006**            /s/ Sandra M. Snyder
i0d3h8                                UNITED STATES MAGISTRATE JUDGE