IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SY LEE CASTLE,**<br><br>                                      Plaintiff,<br><br>            v.<br><br>**A. K. SCRIBNER, WARDEN,**<br><br>                                      Defendant. | Case No. 1:04-CV-06624-AWI-SMS-P<br><br>**ORDER GRANTING DEFENDANT SCRIBNER'S SECOND REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES; AND FIRST AND SECOND REQUEST FOR ADMISSIONS**<br>(Document #45) |

The Court, having considered Defendant Scribner's second request for an extension of time to serve responses to Plaintiff's first set of interrogatories and first and second requests for admissions, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including **fifteen (15) days** from the date of service of this order, to complete and serve responses to Plaintiff's first set of interrogatories and first and second request for admissions.

IT IS SO ORDERED.

**Dated:    July 18, 2006**               /s/ Sandra M. Snyder
i0d3h8                                            UNITED STATES MAGISTRATE JUDGE