# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER,<br><br>　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL<br><br>(Doc. 76)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RESPONSE TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO EXTENT A RESPONSE HAS BEEN SERVED AND THE MOTION IS MOOT<br><br>(Doc. 69) |

　　　Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 14, 2006, plaintiff filed a motion to compel a response to his request for the production of documents, set two. (Docs. 68, 69.) In as much as the court extended the discovery deadline to January 31, 2007, by order filed November 20, 2006, plaintiff's motion was timely. (Doc. 70.) Defendant Scribner ("defendant") filed a motion seeking an extension of time to file a response on December 5, 2006, and filed an opposition to the motion to compel on January 4, 2007. (Docs. 76, 83.) Defendant's motion for an extension of time to file a response shall be granted.

　　　Plaintiff seeks to compel a response to his request for the production of documents, set two, served on March 1, 2006. Defendant submits evidence that he served a response to the request on

1 January 4, 2007. In light of service of a response, plaintiff's motion to compel is moot to the extent
2 it seeks a response and shall be denied on that ground.
3     Based on the foregoing, it is HEREBY ORDERED that defendant's motion for an extension
4 of time to file a response to plaintiff's motion to compel, filed December 5, 2006, is GRANTED,
5 and plaintiff's motion to compel, filed November 14, 2006, is DENIED as moot in light of the
6 service of a response to his discovery request.

8 IT IS SO ORDERED.
9 **Dated:   January 31, 2007**              /s/ Sandra M. Snyder
   icido3                                   UNITED STATES MAGISTRATE JUDGE