# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SY LEE CASTLE,

                    Plaintiff,

        v.

A. K. SCRIBNER,

                    Defendant.

_____/

CASE NO. 1:04-cv-06624-AWI-SMS PC

ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL AS UNTIMELY, WITH PREJUDICE

(Docs. 107, 108, 110, and 111)

        On March 20, 2007, plaintiff filed a motion to compel a response to his fourth request for admissions, and a motion to compel a response to his fifth request for the production of documents. (Docs. 106-111.)  The deadline for the completion of all discovery, including filing motions to compel, was January 31, 2007.  (Doc. 70.)  Plaintiff's motions to compel are untimely and are HEREBY DENIED on that ground, with prejudice.

IT IS SO ORDERED.

**Dated:     March 22, 2007              _____/s/ Sandra M. Snyder_____**
i0d3h8                                UNITED STATES MAGISTRATE JUDGE