UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>             Plaintiff,<br><br>   v.<br><br>A. K. SCRIBNER,<br><br>             Defendant.<br>_____/ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER GRANTING PARTIES' MOTIONS FOR EXTENSION OF PRETRIAL DISPOSITIVE MOTION DEADLINE<br><br>(Docs. 114 and 115)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR EXTENSION OF DISCOVER DEADLINE AND FOR ISSUANCE OF SUBPOENA<br><br>(Docs. 113 and 114)<br><br><u>New Pretrial Dispositive Motion<br>Deadline</u>:    April 30, 2007 |

I.    <u>Order</u>

    A.    <u>Motions for Extension of Pretrial Dispositive Motion Deadline</u>

Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The pretrial dispositive motion deadline set in this action is March 30, 2007. On March 26, 2007, plaintiff filed a motion seeking an extension of the deadline, and on March 29, 2007, defendant filed a motion seeking an extension of the deadline. The parties' motions are granted and the deadline is extended to April 30, 2007.

To the extent that plaintiff is also seeking an extension of the discovery deadline, plaintiff's motion is denied, with prejudice. Any such motion is untimely, as the discovery deadline expired

///

1

on January 30, 2007, and not in compliance with the court's orders of January 27, 2006, and November 20, 2006. (Docs. 18, 70.)

B.   Motion for Issuance of Subpoena

On February 1, 2007, the court granted plaintiff's motion to compel the production of the CSP-Corcoran transportation list to the Acute Care Hospital for May 21, 2003, subject to redaction of information regarding inmates other than plaintiff. (Doc. 87.) On March 26, 2007, plaintiff filed a motion seeking the issuance of a subpoena duces tecum. (Doc. 113.) Plaintiff seeks the production of the list and contends that defendant ignored the court's order. (Id.) In his motion, plaintiff states that defendant responded by informing plaintiff that after a diligent search, no such document was located, and that all rosters and lists created prior to 2004 have been purged. (Id., 2:23-25.)

Plaintiff's contention that defendant ignored the court's order is without merit. Defendant responded, and the court cannot compel the production of a document that no longer exists. Absent evidence to the contrary, which has not been provided, plaintiff must accept defendant's response that no such document was located and any such documents created prior to 2004 have been purged. Plaintiff's motion for the issuance of a subpoena is denied.

C.   Conclusion and Order

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's and defendant's motions for an extension of the pretrial motion deadline are GRANTED and the deadline is extended to April 30, 2007;

2. To the extent that plaintiff is seeking an extension of the discovery deadline, his motion is DENIED, with prejudice, as untimely and not in compliance with the court's orders; and

///
///
///
///
///
///

3. Plaintiff's motion for the issuance of a subpoena duces tecum requiring the production of the CSP-Corcoran transportation list to the Acute Care Hospital for May 21, 2003, is DENIED.

IT IS SO ORDERED.

**Dated:   March 29, 2007**                             /s/ Sandra M. Snyder
icido3                                        UNITED STATES MAGISTRATE JUDGE