# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. K. SCRIBNER,<br><br>　　　　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AS DUPLICATIVE OF PREVIOUSLY FILED MOTION<br><br>(Doc. 118) |

　　Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2007, plaintiff filed a motion seeking an extension of the pretrial dispositive motion deadline. (Doc. 118.) Plaintiff filed the same request on March 26, 2007, and it was granted by the court on March 30, 2007, resulting in an extension of the deadline to April 30, 2007. (Docs. 114, 117.) Because plaintiff's pending motion is duplicative of a previously filed motion, which has been granted, it shall be denied.

　　Based on the foregoing, plaintiff's motion for an extension of the pretrial motion deadline is HEREBY DENIED on the ground that it is duplicative of his motion filed March 26, 2007, which was granted by the court on March 30, 2007.

IT IS SO ORDERED.

**Dated:　April 13, 2007**　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1