# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>              Plaintiff,<br><br>       v.<br><br>A. K. SCRIBNER,<br><br>              Defendant.<br>_____/ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENAS AD TESTIFICANDUM AS PREMATURE<br><br>(Doc. 122) |

Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2007, plaintiff filed a witness list and an exhibit list, and on April 16, 2007, plaintiff filed a motion seeking the issuance of subpoenas ad testificandum.

Plaintiff's motion is premature, as are his witness and exhibit lists. The deadline for filing pretrial dispositive motions is April 30, 2007. If neither party files a dispositive motion, or if any such motion filed is denied in whole or in part, this matter will be set for trial. At that time, the court will provide plaintiff with further instructions regarding witnesses and his pretrial statement. Until such time, any filings or motions related to trial are premature.

Plaintiff's motion seeking the issuance of subpoenas ad testificandum, filed April 16, 2007, is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:    April 18, 2007**               /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1