# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>        Plaintiff,<br><br>   v.<br><br>A. K. SCRIBNER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER DENYING MOTION IN LIMINE AS PREMATURE<br><br>(Doc. 124) |

      Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 23, 2007, plaintiff filed a motion in limine.

      Plaintiff's motion is premature. The deadline for filing pretrial dispositive motions is April 30, 2007. If neither party files a dispositive motion, or if any such motion filed is denied in whole or in part, this matter will be set for trial. At that time, the court will provide plaintiff with further instructions regarding trial preparation, including the deadline for filing motions in limine. Until such time, any filings related to trial are premature.

      Plaintiff's motion in limine, filed April 23, 2007, is HEREBY DENIED as premature.

IT IS SO ORDERED.

**Dated:**   April 27, 2007              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE