# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>A. K. SCRIBNER,<br><br>　　　　　Defendant._____/ | CASE NO. 1:04-cv-06624-AWI-SMS PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF SUBPOENA AD TESTIFICANDUM AS PREMATURE<br><br>(Doc. 129) |

Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On April 26, 2007, plaintiff filed a motion seeking the issuance of a subpoena ad testificandum. For the reasons set forth in the court's orders of April 18, 2007, and April 27, 2007, plaintiff's motion is premature, and is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   April 30, 2007**　　　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1