1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   SY LEE CASTLE,                          CASE NO. 1:04-cv-06624-SMS PC

10              Plaintiff,            ORDER GRANTING PARTIES' MOTIONS
FOR CONSIDERATION OF THEIR

11      v.                                SUMMARY JUDGMENT MOTIONS

12   A. K. SCRIBNER,                   (Docs. 132 and 137)

13             Defendant.        ORDER VACATING SECOND SCHEDULING
ORDER

14

15   _____/      (Doc. 134)

16

17         Plaintiff Sy Lee Castle ("plaintiff") is a state prisoner proceeding pro se in this civil rights

18 action pursuant to 42 U.S.C. § 1983.  This action is proceeding on plaintiff's second amended

19 complaint, filed October 21, 2005, against defendant Scribner ("defendant") for acting with

20 deliberate indifference to plaintiff's medical needs, in violation of the Eighth Amendment.  The

21 deadline for filing pretrial dispositive motions was April 30, 2007.  Neither party filed a timely

22 motion and on May 11, 2007, a scheduling order setting this matter for trial was issued.

23         On May 9, 2007, plaintiff filed a motion for summary judgment, along with a motion

24 requesting that his motion be considered. On May 30, 2007, defendant filed a statement of non-

25 opposition, a request for leave to file a cross-motion for summary judgment, and a cross-motion for

26 summary judgment.  On June 11, 2007, plaintiff filed an objection to defendant's request for leave

27 to have defendant's cross-motion for summary judgment considered.

///

28

1

1      In his motion seeking to have his motion for summary judgment considered, plaintiff states

2 that he received the court's order of April 16, 2007, informing him of the April 30 motion deadline

3 on April 18, 2007.  Plaintiff states that black inmates, including plaintiff, were placed on modified

4 program on April 27, 2007, and he was unable makes copies of his motion for summary judgment

5 to send to the court and defense counsel by the deadline.  In his objection to defendant's motion for

6 leave to have defendant's cross-motion for summary judgment considered, plaintiff argues that

7 defendant did not demonstrate due diligence.

8      In this instance, plaintiff did not demonstrate due diligence either.  Plaintiff had ample notice

9 that the dispositive motion deadline was April 30, 2007, and to the extent plaintiff is suggesting he

10 became aware of this only after receiving the court's order of April 18, 2007, plaintiff's argument

11 is rejected.  The parties have had fifteen months within which to draft and file pretrial dispositive

12 motions, and the deadline was extended to April 30, 2007, pursuant to an order filed on March 30,

13 2007.  Despite plaintiff's contention otherwise, the inability to make last minute photocopies due to

14 a modified program effective April 27, 2007, demonstrates neither due diligence nor "extraordinary

15 circumstances."  (Doc. 142, 3:10-12.)

16      Assuming plaintiff's motion is considered, defendant has the right at a minimum to oppose

17 plaintiff's motion, and consideration of plaintiff's motion and the opposition will require the court

18 to consider the same facts and evidence it would were it also to consider defendant's cross-motion.

19 Plaintiff may not have his motion heard but seek to deprive defendant of the opportunity to have his

20 cross-motion heard.  Either both motions will be heard or neither will be heard.  Summary judgment

21 motions are not disfavored procedural shortcuts, Celotex Corp. v. Catrett, 477 U.S. 317, 327, 106

22 S.Ct. 2548, 2555 (1986), and it is the decision of the court that in light of the fact that both parties

23 are requesting consideration of their motions for summary judgment and in the absence of any

24 showing of prejudice to either party, both motions shall be considered.  Accordingly, it is HEREBY

25 ORDERED that:

26     1.    The parties' motions for consideration of their motions for summary judgment are

27             GRANTED; and

28 ///

1          2.       The Second Scheduling Order, filed on May 10, 2007, is VACATED.

2

3   IT IS SO ORDERED.

4   **Dated:     June 14, 2007**                         **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28