UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SY LEE CASTLE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. K. SCRIBNER,<br><br>    Defendant. | 1:04-CV-6624 SMS (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #146) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 26, 2007, plaintiff filed a motion to extend time to respond to defendant's cross motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to respond to defendant's cross motion for summary judgment.

IT IS SO ORDERED.

**Dated:   June 29, 2007**               /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE